IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | REENTRY COURT PROGRAM |
| ) | |
| v.                                              ) | ORDER TO REDUCE TERM OF SUPERVISED RELEASE FOR SUCCESSFUL COMPLETION OF REENTRY COURT |
| ) | |
| DEANNA BLAKEMORE.        ) | (18 U.S.C. 3583(e)(1)) |
| ) | |
| ) | Docket Number:   0972 1:24CR00160-KES |

On August 6, 2024, Defendant Deanna Blakemore was accepted as a participant in the Reentry Court Program of the Eastern District of California.  As of July 1, 2025, Ms. Blakemore has successfully completed all the requirements to graduate.

Accordingly, it is recommended by the Reentry Court Team that in light of Ms. Blakemore's successful completion of the Reentry Court Program, Ms. Blakemore's term of Supervised Release be reduced by one year, with a new termination date of January 24, 2026.

In accordance with 18 U.S.C. § 3583(e)(1), the Reentry Court Judge below hereby recommends that a reduction be approved and that the term of Supervised Release imposed on March 20, 2023, be reduced by one year for Ms. Blakemore's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

July 1, 2025
**Date**

Honorable Christopher D. Baker
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved.   Defendant Deanna Blakemore's term of Supervised Release is reduced by one year, with a new termination date of January 24, 2026.

July 2, 2025
**Date**

Honorable Kirk E. Sherriff
U.S. District Judge

cc:    Defendant
Assistant United States Attorney
Defense Counsel
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office